Case 3:13-cr-00896-MAJ   Document 86   Filed 01/16/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America <br> v. <br> Sergio Antonio Cepeda-Guzman <br><br> Date of Original Judgment: 06/10/2014 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 3:13-cr-00896-1 (MAJ) <br> USM No: 43084-069 <br><br> Rachel Brill, Federal Public Defender (D.P.R.) <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __121__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/10/2014__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/16/2024                          S/ Maria Antongiorgi-Jordan
                                                                *Judge's signature*

Effective Date:  02/01/2024                   Maria Antongiorgi-Jordan, U.S. District Judge
  *(if different from order date)*                      *Printed name and title*